UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

SHAMAR DAVIS,

    Defendant.

Case No. 3:19-cr-165-2

District Judge Michael J. Newman

---

**ORDER: (1) GRANTING DEFENDANT'S MOTION TO WITHDRAW HIS MOTION TO SUPPRESS (DOC. NO. 88); AND (2) SETTING THE MATTER FOR A STATUS CONFERENCE ON MAY 6, 2021 at 11:00AM**

---

The Court hereby **GRANTS** Defendant's motion to withdraw (doc. no. 88) his motion to suppress (doc. no. 37) and **SETTING** the matter for a status conference on May 6, 2021 at 11:00 a.m. Counsel shall call: 1-888-278-0296, enter access code 2725365, security code 123456, and wait for the Court to join the conference.

**IT IS SO ORDERED.**

Date: May 5, 2021

s/ Michael J. Newman
Hon. Michael J. Newman
United States District Judge