UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,                                                  Case No. 3:19-cr-165-2

vs.

SHAMAR DAVIS, *et al.*,                      District Judge Michael J. Newman

    Defendants.

___

**ORDER: (1) GRANTING DEFENDANT'S MOTION TO CONTINUE TRIAL (DOC. NO. 93); (2) SETTING THIS CASE FOR A TRIAL ON SEPTEMBER 20, 2021; AND (3) MAKING AN ENDS OF JUSTICE FINDING**

___

This criminal case is before the Court on Defendant Davis's motion to continue the trial scheduled for June 21, 2021. Doc. No. 93. For good cause shown, and absent objection, the Court **GRANTS** Defendant's motion to continue the June 21, 2021 trial date. This case is now set for a trial on **September 20, 2021 at 9:00 a.m.**

The Court finds -- after considering the factors set forth in 18 U.S.C. § 3161(h)(7)(B), and with the agreement of defense counsel -- that the ends of justice are served by continuing this matter until the trial on September 20, 2021. Failure to grant such a continuance would deny counsel for the parties the reasonable time necessary for effective preparation, deprive Defendant of the opportunity to fully address his concerns with his attorney, and may ultimately lead to a miscarriage of justice. Accordingly, without objection by the parties, the time from May 26, 2021 until the September 20, 2021 trial is excluded in computing the time period set forth in 18 U.S.C. § 3161 within which the United States must bring Defendant to trial.

    **IT IS SO ORDERED.**

Date:   May 27, 2021                                  s/ Michael J. Newman
                                                      Hon. Michael J. Newman
                                                      United States District Judge